IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRED SPAINHOUR, as Special
Administrator of the Estate of Brian
Allen Spainhour, deceased, and on behalf
of the wrongful death beneficiaries of
Brian Allen Spainhour**                                         **PLAINTIFF**

v.                     Case No. 4:19-cv-00202 KGB

**SHANE JONES,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Fred Spainhour's claim, brought as special administrator of the estate of Brian Spainhour, deceased, and on behalf of the wrongful death beneficiaries of Brian Spainhour, under 42 U.S.C. § 1983 alleging an Eighth Amendment violation is dismissed with prejudice. Fred Spainhour's state law tort claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 18th day of March, 2020.

_____
Kristine G. Baker
United States District Judge